RTG for AUSA Kumar
2/26/20

**CASE UNSEALED PER ORDER OF COURT**
3/23/20 gmr

FILED

2020 FEB 26 P 3:48

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: W/O DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN ANGEL RODRIGUEZ,<br><br>Defendant. | Case No.: 20MJ0756<br>COMPLAINT FOR VIOLATION OF:<br><br>18 U.S.C. § 922(a)(3) - Transporting or Receiving in State of Residence (Felony); and<br><br>21 U.S.C. § 841(a)(1) – Possession of Methamphetamine with Intent to Distribute (Felony) |
|---|---|

The undersigned complainant being duly sworn states:

## COUNT I

Beginning on a date unknown, through February 14, 2020, JOHN ANGEL RODRIGUEZ, did transport or receive a firearm, to wit: stainless steel .45 caliber Smith and Wesson revolver, bearing serial number 178571, to his residence in the Southern District of California from Arizona, without the required license; in violation of 18, United States Code, Section 922 (a) (3).

## COUNT II

On or about February 14, 2020, within the Southern District of California, defendant, JOHN ANGEL RODRIGUEZ, did knowingly and intentionally possess with intent to distribute 50 grams and more, to wit: approximately 159 grams (0.35 pounds), of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1).

And the complainant states this complaint is based on the attached Probable Cause Declaration, which is incorporated herein by reference.

Richard Ramos, Task Force Officer
Drug Enforcement Administration

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 26th DAY OF FEBRUARY 2020.

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES MAGISTRATE JUDGE

DEA for BUSHWumum
2/26/20

| | |
|---|---|
| 1 | UNITED STATES OF AMERICA |
| 2 | v. |
| 3 | John Angel RODRIGUEZ |

### STATEMENT OF FACTS

This statement is based on discussions with other law enforcement officers, reports, and documents furnished to Drug Enforcement Administration Task Force Officer Richard Ramos.

On or about February 14, 2020, the El Centro Police Department (ECPD) was dispatched to a report of a physical altercation involving three individuals a Jack-in-a-Box restaurant at 2100 S. Fourth Street, El Centro, California.

After arriving near the scene, an ECPD Officer contacted a male individual who had been a part of the altercation and who was bleeding from his face, later identified as John Angel RODRIGUEZ ("RODRIGUEZ"), by his California driver's license, which listed a California residence as 957 Palmview Avenue in El Centro.

An ECPD Officer interviewed RODRIGUEZ near his parked F-150 pick-up truck. During the field interview, RODRIGUEZ admitted that he driven through the drive-thru and had become involved in a physical altercation over a parking issue. During the interview, the ECPD Officer smelled the strong odor of marijuana emitting from RODRIGUEZ's vehicle. The ECPD Officer requested medical aid for RODRIGUEZ, but RODRIGUEZ declined treatment. The ECPD Officer meanwhile, requested an ECPD Narcotics Detection Canine Team (K-9) to conduct a free air sniff of RODRIGUEZ'S vehicle.

An ECPD K-9 Team conducted a canine sniff of RODRIGUEZ'S vehicle and the K-9 alerted to the presence of narcotic odors emitting from the vehicle.

A physical search of RODRIGUEZ'S vehicle resulted in the discovery of a stainless steel .45 caliber Smith and Wesson revolver, bearing serial number 178571 and 23 rounds of .45 caliber ammunition inside a black backpack in the back seat of the vehicle. They also found six individually sealed plastic bags containing approximately 159 grams (0.35 pounds) of a white crystalline substance consistent with the properties of methamphetamine,

approximately 476 grams (1.05 pounds) of a green leafy substance consistent with the properties of marijuana, and a black Sig Sauer AR-15 style .223 caliber rifle bearing no serial number, [three 30 round capacity rifle magazines], and 100 rounds of Federal .223 caliber ammunition in the backpack. A pat-down of RODRIGUEZ'S person uncovered a glass smoking pipe containing a white crystalline substance consistent with the properties of methamphetamine in RODRIGUEZ's pant pocket. RODRIGUEZ was also in possession of $765 in currency.

An ECPD Officer read RODRIGUEZ his *Miranda* rights from a department issued form and RODRIGUEZ acknowledged his understanding. An ECPD Officer asked RODRIGUEZ to tell him about the items found inside his vehicle. RODRIGUEZ responded, "It's mine, fuck it, it's mine." RODRIGUEZ stated he owned the assault rifle and the .45 caliber revolver. RODRIGUEZ explained he purchased the firearms at a gun show in Arizona approximately one month prior and said he planned to take his children out to do some target practice.

The ECPD Officer asked RODRIGUEZ about the drugs found in his vehicle, to which RODRIGUEZ explained that he intended to dry the marijuana in order to extract the oil from it. RODRIGUEZ stated he smokes methamphetamine and sells the small bags of methamphetamine for approximately $60 U.S dollars each, to earn extra money.

The ECPD Officer also asked and received consent to review RODRIGUEZ's phone. In the phone, the officer observed text messages that appeared to be consistent with the sale of drugs.

The Smith & Wesson firearm was seized and inspected. Preliminary checks revealed that the firearm was not manufactured in California. Therefore, the firearm traveled in, and/or affected interstate commerce to arrive in the state of California.