```
                                          FILED
                                        Aug 18 2020
                                    CLERK, U.S. DISTRICT COURT
                                  SOUTHERN DISTRICT OF CALIFORNIA
                                  BY      s/ jillr      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

November 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN ANGEL RODRIGUEZ,<br><br>　　　　Defendant. | Case No. 20CR1299-AJB<br><br>I N D I C T M E N T<br>**(Superseding)**<br><br>Title 18, U.S.C., Sec. 922(a)(3) - Transporting or Receiving in State of Residence; Title 18, U.S.C., Sec. 924(c)(1)(A) - Possession of a Firearm in Furtherance of a Drug Trafficking Crime; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine with Intent to Distribute; Title 26, U.S.C., Secs. 5861(d) and 5871 - Possession of Unregistered Firearm; Title 21, U.S.C., Sec. 853, Title 18, U.S.C., Sec. 924(d), Title 26, U.S.C., Sec. 5872 and Title 28, U.S.C., Sec. 2461(c) - Criminal Forfeiture |

　　The grand jury charges:

Count 1

　　Beginning on a date unknown, through February 14, 2020, defendant JOHN ANGEL RODRIGUEZ, did transport or receive a firearm, to wit: a stainless steel .45 caliber Smith and Wesson revolver, bearing serial number 178571, to his residence in the Southern District of California from Arizona, without the required license; in violation of 18, United States Code, Section 922(a)(3).

BJK:nlv(2):Imperial:8/18/20

Count 2

On or about February 14, 2020, within the Southern District of California, defendant JOHN ANGEL RODRIGUEZ, in furtherance of a drug trafficking crime, namely possessing with the intent to distribute methamphetamine as charged in Count 3, did knowingly possess a firearm, that is, a stainless steel .45 caliber Smith and Wesson revolver, bearing serial number 178571; and a black Sig Sauer AR-15 style .223 caliber rifle bearing no serial number; in violation of Title 18, United States Code, Section 924(c)(1)(A).

Count 3

On or about February 14, 2020, within the Southern District of California, defendant JOHN ANGEL RODRIGUEZ, did knowingly and intentionally possess with intent to distribute 50 grams and more, to wit: approximately 148 grams (0.326 pounds) of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

Count 4

On or about February 27, 2020, within the Southern District of California, defendant JOHN ANGEL RODRIGUEZ, did knowingly and intentionally possess with intent to distribute 5 grams and more, to wit: approximately 51.1 grams (0.11 pounds) of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1).

Count 5

On or about February 27, 2020, within the Southern District of California, defendant JOHN ANGEL RODRIGUEZ, did knowingly and unlawfully possess a firearm, that is, a Savage Arms, Stevens Model 940B, 12-gauge shotgun bearing no serial number, having a shortened barrel under

eighteen inches and an overall length under twenty-six inches; that was not registered to him in the National Firearms Registration and Transfer Record; in violation of Title 26, United States Code, Sections 5861(d) and 5871.

## FORFEITURE ALLEGATIONS

The allegations contained in Counts 1 through 5 are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Sections 924(d), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

Upon conviction of one or more of the felony offenses alleged in Counts 3 and 4 of this indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Section 853(a)(1) and 853(a)(2), defendant JOHN ANGEL RODRIGUEZ shall forfeit to the United States all his rights, title, and interest in any and all property constituting, or derived from, any proceeds the Defendant obtained, directly or indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 3 and 4 of this indictment. The property to be forfeited includes, but is not limited to: a stainless steel .45 caliber Smith and Wesson revolver, bearing serial number 178571; and a black Sig Sauer AR-15 style .223 caliber rifle bearing no serial number, a Savage Arms, Stevens Model 940B, 12-gauge shotgun bearing no serial number, approximately one-hundred rounds of .223 caliber ammunition, approximately twenty-three rounds of .45 caliber ammunition,

three .45 caliber magazines, approximately six rounds of 12-gauge ammunition, and approximately $765.00 in U.S. currency.

Upon conviction of one or more of the offenses alleged in Counts 1 through 5 of this indictment, defendant JOHN ANGEL RODRIGUEZ shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses, including but not limited to the following: a stainless steel .45 caliber Smith and Wesson revolver, bearing serial number 178571; and a black Sig Sauer AR-15 style .223 caliber rifle bearing no serial number, a Savage Arms, Stevens Model 940B, 12-gauge shotgun bearing no serial number, approximately one-hundred rounds of .223 caliber ammunition, approximately twenty-three rounds of .45 caliber ammunition, three .45 caliber magazines, and approximately six rounds of 12-gauge ammunition.

All in violation of Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

DATED: August 18, 2020.

A TRUE BILL:

_____
Foreperson

ROBERT S. BREWER, JR.
United States Attorney

By: _____
BRANDON J. KIMURA
Assistant U.S. Attorney

4