UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>JOHN ANGEL RODRIGUEZ (1),<br><br>        Defendant. | Case No.:   20cr1299-AJB<br><br>**ORDER ACCEPTING GUILTY PLEA** |

   No objections having been filed, IT IS ORDERED that the Findings and Recommendation of Magistrate Judge Andrew G. Schopler are adopted and this Court accepts defendant's PLEA OF GUILTY to Counts 2 and 3 of the Superseding Indictment filed August 18, 2020.

   IT IS SO ORDERED.

Dated:  November 30, 2021

Hon. Anthony J. Battaglia
United States District Judge