# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Anthony J. Battaglia)

| UNITED STATES OF AMERICA, | CASE NO. 20-CR-1299-AJB |
|---|---|
| Plaintiff, | ORDER ALLOWING OUT OF DISTRICT TRAVEL |
| vs. | |
| JOHN ANGEL RODRIGUEZ, | |
| Defendant. | |

Based upon the motion of Defendant JOHN ANGEL RODRIGUEZ, and GOOD CAUSE appearing, it is hereby ordered that Defendant's conditions of release be modified to allow him to travel to Indio, California (located in the Central District of California) on Saturday January 29, 2022, for a church function.   Mr. RODRIGUEZ will contact his PTS Officer upon his return.

IT IS SO ORDERED.

Dated:  January 26, 2022

Hon. Anthony J. Battaglia
United States District Judge