# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Anthony J. Battaglia)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 20-CR-1299-AJB |
| Plaintiff, | ORDER GRANTING MOTION TO ALLOW OUT OF DISTRICT TRAVEL |
| vs. | |
| JOHN ANGEL RODRIGUEZ, | |
| Defendant. | |

Based upon the joint motion of the parties, and GOOD CAUSE appearing, it is hereby ordered that Defendant RODRIGUEZ may travel to and from Somerton, Arizona for a church outreach on Saturday the 11th of June. He may return Sunday evening.

IT IS FURTHER ORDERED that Defendant RODRIGUEZ notify his U.S. Pretrial Services Officer prior to his departure and within 24 hours of his return.

IT IS SO ORDERED:

Dated: June 9, 2022

Hon. Anthony J. Battaglia
United States District Judge